Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

**IN THE CIRCUIT COURT FOR THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| RICHARD WHITE; and | ) |
| SHERMAN HAWTHORNE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RISING STAR M. B. CHURCH; | ) |
| | ) |
| **SERVE Registered Agent:** | ) |
| | ) |
| **David P. Weiss** | ) |
| **600 Washington Ave.** | ) |
| **St. Louis, MO 63101** | ) |
| | ) |
| ERNEST GARRETT JR.; | ) |
| | ) |
| **SERVE:** **35 Club Grounds North Dr.** | ) |
| **Florissant, MO 63033** | ) |
| | ) |
| CHARLES HALEY; | ) |
| | ) |
| **SERVE:** **3828 DeTonty St., Apt. A** | ) |
| **St. Louis, MO 63110** | ) |
| | ) |
| DAVID L. WHITE | ) |
| | ) |
| **SERVE:** **1830 Cambridge Lane** | ) |
| **St. Louis, MO 63147** | ) |
| | ) |
| ALPHONSO IVY | ) |
| | ) |
| **SERVE:** **11707 Vizcuya Ct.** | ) |
| **Florissant, MO 63033** | ) |
| | ) |
| LEHMAN A. TURNER, JR. | ) |
| | ) |
| **SERVE:** **4764 Tennessee Ave.** | ) |
| **St. Louis, MO 63111** | ) |
| | ) |
| DAVID LONG | ) |
| | ) |

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

| | | |
|---|---|---|
| **SERVE:** | **543 S. Douglas Ave.** | ) |
| | **Belleville, IL 62220** | ) |
| | | ) |
| LAMAR E. BREW | | ) |
| | | ) |
| **SERVE:** | **3965 Nara Dr.** | ) |
| | **Florissant, MO 63033** | ) |
| | | ) |
| GEORGE ROBINSON; and | | ) |
| | | ) |
| **SERVE:** | **71 Greendale Dr.** | ) |
| | **Normandy, MO 63121** | ) |
| | | ) |
| PETER LEWIS | | ) |
| | | ) |
| **SERVE:** | **6 Country Lake Ct.** | ) |
| | **St. Peters, MO 63376** | ) |
| | | ) |
| Defendants. | | ) |

## PETITION

COME NOW, Plaintiffs RICHARD WHITE and SHERMAN HAWTHORNE (collectively, "Plaintiffs"), by and through their undersigned counsel, and for their claims against Defendants RISING STAR M. B. CHURCH, ERNEST GARRETT JR., CHARLES HALEY, DAVID L. WHITE, ALPHONSO IVY, LEHMAN A. TURNER, JR., DAVID LONG, LAMAR E. BREW, GEORGE ROBINSON, and PETER LEWIS (each named defendant may be referred to herein collectively as "Defendants"), state to the Court as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiffs are currently, and/or were at all times relevant, members of the Rising Star Missionary Baptist Church, located at 3424 Lasalle St, St. Louis, Missouri 63104 ("Rising Star" or the "Church").

2. Defendant Rising Star is, and was at all times relevant, a non-profit religious organization with its principal place of business and operations in the City of St. Louis, State of Missouri.

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

3.      Defendant Ernest Garrett Jr. ("Defendant Garrett") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as pastor and principal executive officer. Defendant Garrett is sued individually and in his capacity as agent/officer of Defendant Rising Star.

4.      Defendant Charles Haley ("Defendant Haley") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as a member of the Church's Board of Deacons. Defendant Haley is sued individually and in his capacity as agent/officer of Defendant Rising Star.

5.      Defendant David L. White ("Defendant White") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as a member of the Church's Board of Deacons. Defendant White is sued individually and in his capacity as agent/officer of Defendant Rising Star.

6.      Defendant Alphonso Ivy ("Defendant Ivy") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as a member of the Board of Deacons. Defendant Ivy is sued individually and in his capacity as agent/officer of Defendant Rising Star.

7.      Defendant Lehman A. Turner, Jr. ("Defendant Turner") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as a member of the Board of Deacons. Defendant Turner is sued individually and in his capacity as agent/officer of Defendant Rising Star.

8.      Defendant David Long ("Defendant Long") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as a member of the Board of

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

Deacons. Defendant Long is sued individually and in his capacity as agent/officer of Defendant Rising Star.

9.      Defendant Lamar E. Brew ("Defendant Brew") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as a member of the Board of Deacons. Defendant Brew is sued individually and in his capacity as agent/officer of Defendant Rising Star.

10.     Defendant George Robinson ("Defendant Robinson") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as a member of the Board of Deacons. Defendant Robinson is sued individually and in his capacity as agent/officer of Defendant Rising Star.

11.     Defendant Peter Lewis ("Defendant Lewis") is, and was at all times relevant, an agent and/or officer of Defendant Rising Star by virtue of his role as a member of the Board of Deacons. Defendant Lewis is sued individually and in his capacity as agent/officer of Defendant Rising Star.

12.     Defendants Haley, White, Ivy, Turner, Long, Brew, Robinson, and Lewis comprise the Board of Deacons of Defendant Rising Star (such individual Defendants may be referred to herein collectively as "Defendant Board of Deacons").

13.     The Board of Deacons are, and were at all times relevant, appointed by the pastor of Defendant Rising Star to manage the business and affairs of Defendant Rising Star.

14.     Jurisdiction and venue are proper because all Defendants reside or are principally located in St. Louis City, Missouri and the acts and conduct complained of took place principally in St. Louis City, Missouri; some other acts and conduct complained of also having taken place in surrounding cities and counties in Missouri and Illinois.

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

15.     Defendant Rising Star acts through its agents and/or officers, including Defendants Garrett, Haley, White, Ivy, Turner, Long, Brew, Robinson, and Lewis.

16.     Defendant Rising Star operates according to its adopted corporate bylaws ("Bylaws"), a copy of which are attached and incorporated herein by this reference as **Exhibit A**.

17.     The Bylaws require Defendant Rising Star be managed by its Board of Deacons, which consists of individuals appointed by the pastor.

18.     The Bylaws require the Board of Deacons to recommend a pastor to Church membership, and Church membership has the sole power to elect a pastor through majority vote. The Bylaws require notice of such vote be given verbally to Church membership at the two (2) regularly scheduled Sunday services prior to such vote.

19.     Defendant Rising Star, through its agents and/or officers, is obligated by its Bylaws to report on the activities and financial condition of the Church.

20.     Defendant Rising Star, through its agents and/or officers, is obligated by its Bylaws to notify Church membership, including, but not limited to, Plaintiffs, of "any meeting, annual or special", with notice coming "two (2) weeks before the date of the meeting".

21.     Defendant Rising Star, through its agents and/or officers, is obligated by its Bylaws to meet on the 3rd Saturday of each month with notice to Church membership, including, but not limited to, Plaintiffs, provided by the pastor or Board of Deacons.

22.     Defendant Rising Star, through its Secretary-Treasurer, is further obligated by its Bylaws to:

    a)     "Receive and give receipts for monies due and payable to the Church from any source whatsoever, and deposit all such monies in the name of the Church in such

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

banks, trust companies or other depositories as shall be selected in accordance with the provision of [Article V of the Bylaws].”; and

b) “keep the minutes of the members and of the Board of Deacons meetings”.

23.     Pursuant to its Bylaws, Defendant Rising Star, through its agents and/or officers, “has authority to loan money of the Church to individuals in order to provide assistance to those individuals”.

24.     Defendants have collectively abused their authority and purposefully failed to perform the duties, obligations and responsibilities as outlined above and set forth in the Bylaws.

25.     Defendant Rising Star, through Defendant Garrett and Defendant Board of Deacons, repeatedly disregard their obligations set forth in the Bylaws, by, among other things:

a) electing Defendant Garrett as Church pastor without proper notice given to Church membership or majority approval of Church membership;

b) failing and refusing to call or conduct meetings of the Church membership or report on the financial well-being of the Church;

c) failing and refusing to keep written financial records/receipts and business records/minutes;

d) failing and refusing to disclose the duties and responsibilities of Church agents/officers;

e) failing and refusing to inform or consult Church membership regarding important business decisions which require membership approval;

f) making certain financial expenditures and business decisions for personal gain or based on improper personal/emotional relationships; and

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

g) employing intimidation, retaliation or similar threatening behavior to silence members of the Church who express concern regarding the above-mentioned behavior of Defendants.

26.     Defendants' actions or inactions as stated above are in violation of the Missouri Nonprofit Corporation Act. §355 RSMo.

27.     This Court, in Cause Number 034-02916, found that Defendants' long-standing practice in governing the affairs and business of the Church are at odds with both the Bylaws and Missouri law.

## COUNT I – FRAUD
### Defendants Rising Star, Garrett and Board of Deacons

COME NOW, Plaintiffs Richard White and Sherman Hawthorne, and for Count I of their cause of action against Defendants Rising Star, Garrett and Board of Deacons state as follows:

28.     Plaintiffs re-allege and incorporate herein by reference paragraphs 1-27, the same as if fully set forth herein.

29.     Defendants Rising Star, Garrett., and the Board of Deacons represented to Church membership that each of such Defendants would adhere to the Bylaws and always act in the best interest of the Church.

30.     The representations of Defendants were false and material in nature.

31.     Defendants knew the above representations were false at the time they were made.

32.     Defendants made the above representations with the intent that Plaintiffs, as well as Church membership, rely upon such representations and not question the actions of Defendants.

33.     Plaintiffs, as well as Church membership, were reasonably induced by the above representations to place trust in the actions and decisions of Defendant Rising Star and its agents/officers, including Defendant Garrett and Defendant Board of Deacons.

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

34.     As a result of their reliance upon Defendants' representations, Plaintiffs have suffered financial loss and are now held captive by a Church leadership group with no intentions of acting in the best interest of its members.

WHEREFORE, Plaintiffs Richard White and Sherman Hawthorne pray that this Court make and enter judgment in their favor and against Defendants Rising Star M.B. Church, Ernest Garrett Jr. and each individual member of the Board of Deacons, jointly and severally, for such sum as is just and proper to compensate Plaintiffs, in an amount greater than $25,000.00, and, because Defendants intentionally acted to harm the Plaintiffs without just cause, for punitive damages to deter future similar conduct, for recovery of attorneys' fees and costs incurred by Plaintiffs, and for such other and further relief as this Court deems just and proper under the circumstances.

### COUNT II – MISAPPROPRIATION OF CHURCH FUNDS
**Defendants Rising Star, Garrett and Board of Deacons**

COME NOW, Plaintiffs Richard White and Sherman Hawthorne, and for Count II of their cause of action against Defendants Rising Star, Garrett and Board of Deacons state as follows:

35.     Plaintiffs re-allege and incorporate herein by reference paragraphs 1-27, the same as if fully set forth herein.

36.     Defendant Rising Star, through Defendant Board of Deacons, is responsible for all funds of the Church, including depositing all money payable to the Church in the name of the Church.

37.     Pursuant to the Bylaws, Defendant Rising Star is required to receive majority approval of Church membership prior to any sale or purchase of real estate on behalf of the Church.

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

38.     Pursuant to the Bylaws, Defendant Board of Deacons is authorized to loan Church money to individuals "in order to provide assistance to those individuals".

39.     Defendants Rising Star, Garrett and Board of Deacons have, through fraudulent acts and omissions, extracted and misappropriated Church funds for their own personal gain by, among other things:

a)  selling property belonging to the Church—inclusive of that located at 4651 Pope Avenue, St. Louis, Missouri 63115—without consent or approval of Church membership, in violation of the Bylaws;

b)  making frequent cashback withdrawals using Church debit cards without accounting for, or reimbursing, such withdrawn funds; and/or

c)  making unauthorized payments of bills, debts, and other obligations belonging to Defendants Garrett and Board of Deacons.

40.     As a direct and proximate result of Defendants' misappropriation of Church funds, Plaintiffs and other Church members have suffered financial injury and an inability to trust Church leadership.

WHEREFORE, Plaintiffs Richard White and Sherman Hawthorne pray that this Court make and enter judgment in their favor and against Defendants Rising Star M.B. Church, Ernest Garrett Jr. and each individual member of the Board of Deacons, jointly and severally, for such sum as is just and proper to compensate Plaintiffs, in an amount greater than $25,000.00, and, because Defendants intentionally acted to harm the Plaintiffs without just cause, for punitive damages to deter future similar conduct, for recovery of attorneys' fees and costs incurred by Plaintiffs, and for such other and further relief as this Court deems just and proper under the circumstances.

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

## COUNT III – BREACH OF FIDUCIARY DUTY OWED TO THE CHURCH
### Defendants Rising Star, Garrett and Board of Deacons

COME NOW, Plaintiffs Richard White and Sherman Hawthorne, and for Count III of their cause of action against Defendants Rising Star M.B. Church, Garrett and Board of Deacons state as follows:

41.     Plaintiffs re-allege and incorporate herein by reference each and every one of the foregoing paragraphs, the same as if fully set forth herein.

42.     All agents and officers of Defendant Rising Star (including Defendant Garrett and each individual member of the Board of Deacons) owed a fiduciary duty to the Church to perform their duties in good faith and with such care to be in the best interest of the Church.

43.     Defendants breached their fiduciary duties in one or more of the following ways:

a)  by engaging in a continuous pattern of self-dealing and acted in concert to withhold incriminating information from Church membership;

b)  by using intimidation and other scare tactics to further their fraudulent scheme by silencing any opposition from Church membership; and

c)  by removing members of the Church without cause in furtherance of the above-referenced fraudulent scheme.

44.     The aforementioned breaches of fiduciary duties caused substantial loss and injury to the Church by depleting its financial assets and fostering a toxic environment for Church membership.

WHEREFORE, Plaintiffs Richard White and Sherman Hawthorne pray for damages from Defendants Rising Star M.B. Church, Ernest Garrett Jr. and each individual member of the Board of Deacons, jointly and severally, for such sum as is just and proper to compensate Plaintiffs for said breaches of fiduciary duties, in an amount greater than $25,000.00, and, because Defendants

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

intentionally acted to harm the Plaintiffs without just cause, for punitive damages to deter future similar conduct, for recovery of attorneys' fees and costs incurred by Plaintiffs, and for such other and further relief as this Court deems just and proper under the circumstances.

## COUNT IV – CONSPIRACY
### Defendants Rising Star, Garrett and Board of Deacons

COME NOW, Plaintiffs Richard White and Sherman Hawthorne, and for Count IV of their cause of action against Defendants Rising Star M.B. Church, Garrett and Board of Deacons state as follows:

45.     Plaintiffs re-allege and incorporate herein by reference paragraphs 1-27, the same as if fully set forth herein.

46.     Defendants jointly agreed to elect Defendant Garrett as Church pastor—without proper notice given to, or approval of, Church membership—so he could use such position of authority for the benefit of each Defendant.

47.     Defendants jointly agreed to engage in a pattern of self-dealing by using Church funds for their own benefit.

48.     Defendants, in concert, agreed to engage in conduct which was violative of their duties and obligations as set forth in the Bylaws.

49.     Defendants did in fact elect Defendant Garrett as Church pastor without proper notice given to, or approval of, Church membership.

50.     Defendants did in fact engage in a pattern of self-dealing by using Church funds to pay personal expenses.

51.     Defendants did in fact engage in conduct which both violated their duties and obligations set forth in the Bylaws and prevented Church membership from exercising their rights within the Church.

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

52.     Such actions of Defendants were a breach of their obligations to perform their duties as agents/officers in good faith and with proper care directed to the best interests of the Church, and/or constituted a breach of their fiduciary duties of care and loyalty to the Church.

53.     Such actions of Defendants constitute a material breach of the Church Bylaws.

54.     As a result of Defendants' actions, Plaintiffs have been damaged and deprived the benefit of their membership with Defendant Rising Star.

55.     As a further result of Defendants' actions, Plaintiffs no longer have confidence in the moral integrity of Church agents/officers and have been subjected to a toxic environment created by Defendants.

WHEREFORE, Plaintiffs Richard White and Sherman Hawthorne pray that this Court make and enter judgment in their favor and against Defendants Rising Star M.B. Church, Ernest Garrett Jr. and each individual member of the Board of Deacons, jointly and severally, for such sum as is just and proper to compensate Plaintiffs, in an amount greater than $25,000.00, and, because Defendants intentionally acted to harm the Plaintiffs without just cause, for punitive damages to deter future similar conduct, for recovery of attorneys' fees and costs incurred by Plaintiffs, and for such other and further relief as this Court deems just and proper under the circumstances.

### COUNT V – VIOLATION OF RICO SECTION 1962(c)
**Defendants Rising Star, Garrett and Board of Deacons**

COME NOW, Plaintiffs Richard White and Sherman Hawthorne, and for Count V of their cause of action against Defendants Rising Star M.B. Church, Garrett and Board of Deacons state as follows:

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

56.     Plaintiffs re-allege and incorporate herein by reference paragraphs 1-27, the same as if fully set forth herein.

57.     Defendants, through their actions as a continuing and cohesive unit, engaged in the activities of an enterprise engaged in interstate commerce, as defined by 18 U.S.C. §1961(4) ("Enterprise"). The Enterprise went by no specific name, but the parties to the Enterprise acted as a continuing and cohesive unit with the intent to engage in a fraudulent scheme.

58.     Pursuant to, and in furtherance of their fraudulent scheme, Defendants committed multiple related acts of racketeering, namely:

   a)   engaging in continuous and persistent self-dealing;

   b)   using Defendant Rising Star as a means of laundering money from Church membership to Defendants Garrett and Board of Deacons; and

   c)   retaliating against witnesses to the aforementioned racketeering conduct.

59.     The actions of Defendants as set forth above constitute a pattern of racketeering activity pursuant to 18 U.S.C. §1961(5).

60.     Section 1962(c) makes it unlawful to "conduct or participate, directly or indirectly, in the conduct of an enterprise" and to "conduct such enterprise's affairs through a pattern of racketeering activity." 18 U.S.C. §1962(c).

61.     Defendants conducted and participated, both directly and indirectly, in the conduct of the Enterprise's affairs through the pattern of racketeering activity described above, in violation of 18 U.S.C. §1962(c).

62.     The primary objectives of the Enterprise were to:

   a)   benefit Defendants Garrett and Board of Deacons financially through the payment of personal expenses using Church funds;

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

b)  benefit Defendants Garrett and Board of Deacons financially by allowing each to maintain their respective positions of authority within the Church despite repeated failure to perform duties and obligations required by them; and/or

c)  benefit the Enterprise as a whole by allowing Defendants to collectively domineer a non-profit organization through a fraudulent scheme for their financial benefit and personal gain.

63.    As a direct and proximate result of Defendants' racketeering activities and violations of 18 U.S.C. §1962(c), Plaintiffs and other Church members have suffered financial injury, an inability to trust Church leadership, and have been subjected to a toxic and retaliatory environment.

WHEREFORE, Plaintiffs Richard White and Sherman Hawthorne pray that this Court make and enter judgment in their favor and against Defendants Rising Star M.B. Church, Ernest Garrett Jr. and each individual member of the Board of Deacons, jointly and severally, for such sum as is just and proper to compensate Plaintiffs, including actual damages, treble damages, and, because Defendants intentionally acted to harm the Plaintiffs without just cause, for punitive damages to deter future similar conduct, for recovery of attorneys' fees and costs incurred by Plaintiffs, and for such other and further relief as this Court deems just and proper under the circumstances.

### COUNT VI – VIOLATION OF RICO SECTION 1962(a)
### Defendants Rising Star, Garrett and Board of Deacons

COME NOW, Plaintiffs Richard White and Sherman Hawthorne, and for Count VI of their cause of action against Defendants Rising Star M.B. Church, Garrett and Board of Deacons state as follows:

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

64.     Plaintiffs re-allege and incorporate herein by reference paragraphs 1-27, as well as 56-63, the same as if fully set forth herein.

65.     The Enterprise engaged in activities of interstate commerce.

66.     Defendants used and invested income that was derived from a pattern of racketeering activity. Specifically, Defendants repeatedly misappropriated funds of a non-profit organization for their own personal and financial benefit, and subsequently fostered a toxic environment whereby opposition to their actions resulted in retaliation.

67.     The fraudulent activities listed above constitute a pattern of racketeering pursuant to 18 U.S.C. §1961(5).

68.     As a direct and proximate result of Defendants' racketeering activities and violations of 18 U.S.C. §1962(a), Plaintiffs and other Church members have suffered financial injury, an inability to trust Church leadership, and have been subjected to a toxic and retaliatory environment.

WHEREFORE, Plaintiffs Richard White and Sherman Hawthorne pray that this Court make and enter judgment in their favor and against Defendants Rising Star M.B. Church, Ernest Garrett Jr. and each individual member of the Board of Deacons, jointly and severally, for such sum as is just and proper to compensate Plaintiffs, including actual damages, treble damages, and, because Defendants intentionally acted to harm the Plaintiffs without just cause, for punitive damages to deter future similar conduct, for recovery of attorneys' fees and costs incurred by Plaintiffs, and for such other and further relief as this Court deems just and proper under the circumstances.

### COUNT VII – VIOLATION OF RICO SECTION 1962(d)
**Defendants Rising Star, Garrett and Board of Deacons**

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

COME NOW, Plaintiffs Richard White and Sherman Hawthorne, and for Count VII of their cause of action against Defendants Rising Star M.B. Church, Garrett and Board of Deacons state as follows:

69.     Plaintiffs re-allege and incorporate herein by reference paragraphs 1-27, 56-63, and 64-68, the same as if fully set forth herein.

70.     As set forth above, Defendants agreed and conspired to violate 18 U.S.C. §1962(a) and (c). Specifically, Defendants conspired to (1) use and/or invest Church funds derived from a pattern of racketeering activity in an interstate Enterprise; and (2) conduct and participate in the conduct of the Enterprise's affairs through a pattern of racketeering activity.

71.     Defendants knew their predicate acts were part of a pattern of racketeering activity and agreed to commission those acts in furtherance of their fraudulent scheme described above. Such conduct constitutes a conspiracy to violate 18 U.S.C. §1962(a) and (c), in violation of 18 U.S.C. §1962(d).

72.     As a direct and proximate result of Defendants' racketeering activities and violations of 18 U.S.C. §1962(d), Plaintiffs and other Church members have suffered financial injury, an inability to trust Church leadership, and have been subjected to a toxic and retaliatory environment.

WHEREFORE, Plaintiffs Richard White and Sherman Hawthorne pray that this Court make and enter judgment in their favor and against Defendants Rising Star M.B. Church, Ernest Garrett Jr. and each individual member of the Board of Deacons, jointly and severally, for such sum as is just and proper to compensate Plaintiffs, including actual damages, treble damages, and, because Defendants intentionally acted to harm the Plaintiffs without just cause, for punitive damages to deter future similar conduct, for recovery of attorneys' fees and costs incurred by

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

Plaintiffs, and for such other and further relief as this Court deems just and proper under the circumstances.

Respectfully Submitted,

Klar, Izsak & Stenger, LLC

By:____/s/ Brian D. Klar_____
       BRIAN D. KLAR #36430
       BRANDON J. KLAR #72884
       *Attorneys for Plaintiffs*
       1505 S. Big Bend Blvd.
       St. Louis, MO  63117
       Tel:    (314) 863-1117
       Fax:   (314) 863-1118
       Email:  bklar@lawsaintlouis.com
              bjklar@lawsaintlouis.com

**2122-CC09063**

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

BY-LAWS
PROPOSED BY THE BOARD OF DEACONS
OF
RISING STAR M. B. CHURCH

## Article I
### Principal Office

The principal office of the Church in the State of Missouri shall be located in St. Louis, Missouri. The Church may have such other offices, either within or without the State of Missouri, as the business of the Church may require from time to time.

## Article II
### Members

<u>Section 1. Annual Meetings:</u>  The membership of the Church shall have an annual meeting on the fourth Saturday of March of each year.   The Chairman of the Board of Deacons and the Treasurer shall report on the activities and financial condition of the Church

<u>Section 2. Special Meetings:</u>  The membership of the Church may meet at any other time that the Pastor, or the Board of Deacons may determine to be appropriate. Other than for admission, reinstatement or removal of a member of the Church, no meeting of the membership is required to transact the daily business of the Church.

<u>Section 2. Place of Meeting:</u>  The Pastor or the Board of Deacons may designate any place, either within or without the State of Missouri, as the place for any meeting of the membership.  If no designation is made, the place of meeting shall be the Rising Star M.B. Church at 3424 - 26 LaSalle Street, St. Louis, Missouri.

<u>Section 3.  Notice of Meetings:</u>  The membership of the Church shall be notified of any meeting, annual or special, verbally or by written notice by the Pastor or by the Board of Deacons.  Due to the fact that most members regularly participate in Sunday services, the fairest and most reasonable announcements of the meetings shall be made at the Church on the  Sunday two (2) weeks before the date of the meeting.  No prior notice of a meeting of the membership shall be necessary to vote on the admission, reinstatement or removal of a member of the Church.

<u>Section 4.  Quorum:</u>  There is no mandatory quorum of the membership necessary to vote on the admission, reinstatement or removal of a member of the Church. Ten percent of the membership shall be necessary to constitute a quorum for any other purpose.

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

Section 6.  Voting:  Each adult member, 18 years or older, attending a meeting shall be entitled to one vote.  If any proposition is submitted to the membership for a vote, the side with the majority of votes cast shall win and that decision will constitute a valid act of the whole membership.  Voice voting by the membership is permissible.

Section 7.  Membership:  The Pastor, or in the absence of a Pastor, the Board of Deacons, shall determine the qualifications of a member of the Church, for purposes of admission, reinstatement or removal.  These individuals shall have their names submitted to the entire membership, at a Sunday service, for a vote on the membership's approval of admitting, readmitting or removal of them as members of the Church.  In the event the Pastor or the Board of Deacons shall determine that a member is no longer a suitable person to be a member of the Church, written notice of the intent to submit the members name to the membership for removal shall be given to that member at least one (1) week before the issue shall be presented to the membership for vote.

The Pastor, or in the absence of a Pastor, the Board of Deacons, shall periodically review the roster of the members of the Church to remove such individuals who are no longer qualified to be members of the Church; who are inactive in the affairs of the Church or who have joined other churches.  In the event the Pastor, or in the absence of a Pastor, the Board of Deacons determines that an individual no longer is qualified to be a member of the Church, a majority vote by the members present at a regular Sunday service shall be required to remove an individual as a member.

## Article III
## Board of Deacons

Section 1.  General Powers:  The business and affairs of the Church shall be managed by its Board of Deacons.  The Deacons shall be appointed by the Pastor and shall serve until such time as the Pastor, or in the absence of a Pastor, the Board of Deacons, shall determine to be appropriate.

Section 2.  Number, Tenure:  The number of Deacons of the Church shall be fourteen, or such other number as the membership shall determine.  Due to the fact that those Deacons currently serving as Deacons at the time of the adoption of these by-laws were appointed by previous Pastors, they shall continue to serve as Deacons.

Section 3.  Meetings:  The Board of Deacons shall meet on the 3rd Saturday of each month.  Additional meetings of the Board of Deacons may be called by or at the request of the Pastor or any two Deacons.  The person or persons authorized to call a meeting of the Board of Deacons may fix any place in the United States, either within or without the State of Missouri, as the place for holding any meetings of the Board of Deacons called by them.  No regular time must be established for the additional meetings and the meetings may be held at any time called for by the Pastor or any two members of the Board of Deacons.

Section 4. Notice:  The Chairman of the Board of Deacons shall notify the members of the Board, either verbally, by personal contact, or by written notice, within a reasonable time period in advance of the meeting, as determined by the circumstances, of any meeting of the Board of Deacons.

Section 5. Quorums:  A majority of the Board of Deacons shall constitute a quorum for the transaction of business at any meeting of the Board of Deacons, provided that if less than a majority of the Deacons are present at said meeting, a majority of the Deacons may adjourn the meeting from time to time without further notice.

Section 6. Manner of Acting:  The act of the majority of the Deacons present at a meeting of the Deacons at which a quorum is present shall be the act of the Board of Deacons.

Section 7. Vacancies:  In case of death or resignation or disqualification of one or more of the Deacons, the Pastor may fill such vacancy or vacancies.

Section 8. Compensation:  Deacons as such shall not receive any salaries for their services, but by resolution of the Board of Deacons a fixed sum for expenses of attendance, if any, may be allowed for attendance at any meeting of the Board of Deacons.

<div align="center">

**Article IV**
**Officers**

</div>

Section 1. Number:  The offices of the Church shall be a Pastor, a Secretary-Treasurer, Assistant Secretary-Treasurer and such other officers as may be elected in accordance with the provisions of this article.

All officers and agents of the Church, as between themselves and the Church, shall have such authority and perform such duties in the management of the property and affairs of the Church as may be provided in the by-laws, or in the absence of such provision, as may be determined by resolution of the Board of Deacons.

Section 2. Election and Term:  The Board of Deacons shall elect the officers of the Church, except the Pastor.  Vacancies may be filled at any meeting of the Board of Deacons.  Each officer shall hold office until his or her successor shall have been duly elected or until his or her death or until he or she shall resign or shall have been removed in the manner hereinafter provided.

Section 3.  Removal:  Any officer or agent elected or appointed by the Board of Deacons may be removed by the Board of Deacons whenever in its judgment the best interests of the Church would be served thereby.

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

Section 4. Pastor: The Pastor shall be the principal executive officer of the Church and shall in general preside at all meetings of the membership; and in general shall perform all duties as may be prescribed by the Board of Deacons from time to time.

The Board of Deacons shall recommend to the membership the name of the Pastor. The membership shall elect the Pastor, by a majority vote at which a quorum is present. Notice of the vote on a Pastor shall be given verbally to the membership at the two (2) regularly Sunday services prior to the vote.

Section 5. The Secretary-Treasurer: If required by the Board of Deacons, the Secretary-Treasurer shall give bond for the faithful discharge of his duties in such sum and with such surety or sureties as the Board of Deacons shall determine. He shall: (a) Have charge and custody of and be responsible for all funds of the Church; receive and give receipts for monies due and payable to the Church from any source whatsoever, and deposit all such monies in the name of the Church in such banks, trust companies or other depositories as shall be selected in accordance with the provision of Article V of these by-laws. (b) Keep the minutes of the members and of the Board of Deacons meetings in one or more books provided for that purpose. (c) In general, perform all the duties incident to the office of Secretary-Treasurer and such other duties as from time to time may be assigned to him by the Pastor or by the Board of Deacons.

Section 6. Assistant Secretary-Treasurer: The Assistant Secretary-Treasurer shall, if required by the Board of Deacons, give bond for the faithful discharge of his duty in such sums and with such sureties as the Board of Deacons shall determine. The Assistant Secretary-Treasurer shall perform such duties as shall be assigned to him by the Secretary-Treasurer or by the Pastor or the Board of Deacons.

Section 7: Trustees: In the event any property of the church is held in the name of any individuals as Trustees of the Church, the Board of Deacons may appoint any Successor Trustees necessary to transact any business regarding such property as authorized by the Board of Deacons.

Section 8. Salaries: The salaries of the Pastor shall be fixed from time to time by the Board of Deacons.

## Article V
## Contracts, Loans, Checks and Deposits

Section 1. Contracts: The Board of Deacons may authorize any officer or officers, agent or agents, to enter into any contract or execute and deliver any instrument in the name of and on behalf of the Church, and such authority may be general or

4

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

confined to special instances.  In the event the Board of Deacons determines it is appropriate to sell or purchase real estate that is a substantial asset of the Church, or would become a substantial asset of the Church, The Board shall receive prior approval of such sale or purchase from the majority of the members present at a meeting at a which there is a quorum.

Section 2.  Loans:  The Church shall not borrow any money without the consent of the Members.  Such authority may be general or confined to specific instances.

The Board of Deacons has authority to loan money of the Church to individuals in order to provide assistance to those individuals, as determined by the Board to be appropriate.

Section 3.  Checks, Drafts, etc.:  All checks, drafts or other orders for the payment of money, notes or other evidences of indebtedness issued in the name of the Church, shall be signed by such officer or officers, agent or agents of the church and in such manner as shall from time to time be determined by resolution of the Board of Deacons.

Section 4.  Deposits:  All funds of the Church not otherwise employed shall be deposited from time to time to the credit of the Church in such banks, trust companies or other depositories as the Board of Deacons may select.

## Article VI
## Amendment of By-Laws

These by-laws may be altered, amended or repealed and new by-laws may be adopted either at any meeting of the members of the Church or at any meeting of the Board of Deacons, unless prohibited by law.

## Article VII

No member or officer of the Rising star M. B. Church shall raise, collect, or solicit funds by any commercial means, such as: raffles, lotteries, gambling, auctions, selling any product or service, or any similar method.  Nor shall any member or officer engage in any direct solicitation for funds or property from any person who is not a member of Rising Star M. B. Church.  The sole means that Rising Star M. B. Church shall obtain any funds or property is by the voluntary contributions of the members of the Rising Star M. B. Church or purchase or sale of an asset for fair market value.

Adopted on _____    _____

007

Electronically Filed - City of St. Louis - August 17, 2021 - 04:44 PM

ATTEST:

_____
Secretary- Treasurer

6

Electronically Filed - City of St. Louis - August 18, 2021 - 01:34 PM

**IN THE CIRCUIT COURT OF ST. LOUIS CITY**
**STATE OF MISSOURI**

RICHARD WHITE, et al.,                         )
      Plaintiffs,                              )
v.                                             )
                                              )
RISING STAR M.B. CHURCH et. al.,               )          Cause No.:      2122-CC09063
      Defendants.                              )
                                              )

**MEMORANDUM TO THE COURT FOR PAYMENT OF SERVICE FEE**

COMES NOW, BRIAN D. KLAR who hereby states that the required service fee of $72.00

has been paid with this memo.

Dated this 18th day of August 2021.

Respectfully submitted,

KLAR, IZSAK & STENGER, LLC

By:/s/ *Brandon J. Klar*_____
BRANDON J. KLAR, #72884
BRIAN D. KLAR, #36430
*Attorneys for Plaintiffs*
1505 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: (314) 863-1117
Fax:    (314) 863-1118
Email: bjklar@lawsaintlouis.com
      bklar@lawsaintlouis.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of August 2021, a copy of the
foregoing was filed electronically with the Clerk of the Court to be served by operation of the
Court's electronic filing system to all attorneys of record.

/s/ *Brandon J. Klar*_____

Electronically Filed - City of St. Louis - August 18, 2021 - 11:00 AM

**IN THE  22ND JUDICIAL CIRCUIT  COURT,  CITY OF ST LOUIS , MISSOURI**

Richard White Et Al,

       Plaintiff,

               vs.

Ernest Garrett Et Al,

       Defendant.

Case Number:  2122-CC09063

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Sherman Hawthorne, Plaintiff, in the above-styled cause.

/s/ Brian D. Klar
Brian David Klar
Mo Bar Number: 36430
Attorney for Plaintiff
1505 S. Big Bend Blvd.
St. Louis, MO 63117
Phone Number: (314) 863-1117 ext 102
bklar@lawsaintlouis.com

### Certificate of Service

I hereby certify that on  August 18th, 2021 , a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Brian D. Klar
Brian David Klar

Electronically Filed - City of St. Louis - August 18, 2021 - 11:01 AM

**IN THE  22ND JUDICIAL CIRCUIT  COURT,  CITY OF ST LOUIS , MISSOURI**

| |
|---|
| Richard White Et Al, |
| Plaintiff, |
| vs. |
| Ernest Garrett Et Al, |
| Defendant. |

Case Number:  2122-CC09063

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Richard White, Plaintiff, in the above-styled cause.

/s/ Brian D. Klar
Brian David Klar
Mo Bar Number: 36430
Attorney for Plaintiff
1505 S. Big Bend Blvd.
St. Louis, MO 63117
Phone Number: (314) 863-1117 ext 102
bklar@lawsaintlouis.com

### Certificate of Service

I hereby certify that on  August 18th, 2021 , a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Brian D. Klar
Brian David Klar



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number:  2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE | Plaintiff's/Petitioner's Attorney/Address:<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO  63130 | |
| vs. | | |
| Defendant/Respondent:<br>ERNEST GARRETT  JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Other Extraordinary Remedy | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to: | DAVID LONG |
|---|---|
| | Alias: |

**543 S. DOUGLAS AVENUE
BELLEVILLE, IL  62220**

### ST CLAIR COUNTY, IL

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**August 18, 2021**

_____
Date

_____
*Thomas Kloeppinger*
Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)

   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

   ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                            Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

*(Seal)*        ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)

☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____   (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | | |
|---|---|---|
| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 | |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | |
| Nature of Suit:<br>CC Other Extraordinary Remedy | SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   RISING STAR M B CHURCH
                                           Alias:

DAVID P WEISS, RAGT
600 WASHINGTON AVE
SAINT LOUIS, MO 63101

*COURT SEAL OF*

**CIRCUIT COURT OF MISSOURI**

*CITY OF ST LOUIS*

| SHERIFF'S FEE PAID |
|---|

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**

_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____
Date

_____
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 | |
| vs. | | |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Extraordinary Remedy | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: ERNEST GARRETT JR
**Alias:**

35 CLUB GROUNDS NORTH DRIVE
FLORISSANT, MO 63033

> **ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**August 18, 2021**

_____
Date

*Thomas Kloeppinger*

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____

_____
Date

_____
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO  63130 | |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Extraordinary Remedy | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  CHARLES HALEY
                          Alias:

3828 DETONTY ST. APT. A
ST. LOUIS, MO  63110

**COURT SEAL OF**

**CITY OF ST LOUIS**

SHERIFF'S FEE PAID

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

_(Seal)_      Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                        Date

_____
Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 | |
| vs. | | |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Extraordinary Remedy | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  DAVID L WHITE
Alias:

1830 CAMBRIDGE LANE
ST. LOUIS, MO 63147

> SHERIFF'S FEE PAID

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**
_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 |
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Other Extraordinary Remedy | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  ALPHONSO IVY
                    Alias:

11707 VIZCUYA CT.
FLORISSANT, MO 63033

### ST LOUIS COUNTY SHERIFF

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**

_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____
Date

_____
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
| Plaintiff/Petitioner:<br>RICHARD WHITE | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 | |
| vs. | | |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING | |
| Nature of Suit:<br>CC Other Extraordinary Remedy | 10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:** LEHMAN A TURNER JR<br>Alias:<br><br>**4764 TENNESSEE AVENUE**<br>**ST. LOUIS, MO 63111** | |

> **SHERIFF'S FEE PAID**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**
_____          _____
Date                                                      Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date                                                      Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number:  2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO  63130 | |
| Defendant/Respondent:<br>ERNEST GARRETT JR<br>Nature of Suit:<br>CC Other Extraordinary Remedy | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  LAMAR BREW
                             Alias:

**3965 NARA DRIVE**
**FLORISSANT, MO  63033**

> ST LOUIS COUNTY SHERIFF

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**August 18, 2021**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                            Date                    Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO  63130 | |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING | |
| Nature of Suit:<br>CC Other Extraordinary Remedy | 10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  GEORGE ROBINSON**
     **Alias:**

**71 GREENDALE DRIVE
NORMANDY, MO  63121**

> **ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**August 18, 2021**

_____    _____
   Date               Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
 Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
           Date         Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO  63130 | |
| vs. | | |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Extraordinary Remedy | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: PETER LEWIS
                       Alias:

6 COUNTRY LAKE CT.
ST. PETERS, MO 63376

*COURT SEAL OF*

*CITY OF ST LOUIS*

**ST CHARLES COUNTY, MO**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**

_____
Date

_____
Clerk

Further Information:
_____

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____
Date

_____
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 | |
| Defendant/Respondent:<br>ERNEST GARRETT JR<br>Nature of Suit:<br>CC Other Extraordinary Remedy | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **PETER LEWIS**
                          **Alias:**

6 COUNTRY LAKE CT.
ST. PETERS, MO 63376

**ST CHARLES COUNTY, MO**

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**CITY OF ST LOUIS**

**August 18, 2021**                               _Thomas Kloeppinger_

Date                                               Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                            _____
Printed Name of Sheriff or Server                  Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
                       Date                            Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

RECEIVED

AUG 2 6 2021

SHERIFF
ST. CHARLES COUNTY, MO

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



Electronically Filed - City of St. Louis - August 27, 2021 - 11:01 AM

# St. Charles County Sheriff's Department

201 N. Second St St. Charles, MO 63301

636-949-3010

## RETURN OF SERVICE: NON-EST

Civil #: SD-SER-21-10824

| Event | |
|---|---|
| Total Fees: | $39.00 |
| Total Payments: | $39.00 |
| Total Balance: | $0.00 |
| Court Case Docket Number: | 2122-CC09063 |
| Document ID: | 21-SMCC-12624 |
| Court Name: | 22ND JUDICIAL CIRCUIT |
| Court State: | MISSOURI |
| Court County: | ST LOUIS CITY |
| Service Expiration Date: | 09/17/2021 |
| Court Type: | Circuit Court |
| Civil Types: | SUMMONS |
| Civil Document Type: | Other Extraordinary Remedy |
| Zone: | Zone 3 |

## Party To Be Served Person (1)

**LEWIS, PETER**

| | |
|---|---|
| Personal Service Only: | No |
| Involvement Type: | Defendant |
| Address: | 6 COUNTRY LAKE CT |
| City: | ST PETERS |
| State: | MISSOURI |
| Zip Code: | 63376 |

## Other(s) Involved (3)

**GARRETT, ERNEST JR**

| | |
|---|---|
| Involvement Type: | Defendant |

**KLAR, BRANDON JACOB**

| | |
|---|---|
| Involvement Type: | Attorney |
| Commonplace Name: | KLAR IZSAK & STENGER LLC |
| Address: | 1505 S BIG BEND BLVD |
| City: | ST LOUIS |
| State: | MISSOURI |
| Zip Code: | 63117 |
| Phone Number: | (314)-863-1117 |

**WHITE, RICHARD**

| | |
|---|---|
| Involvement Type: | Plaintiff |

## Entered By (2)

| Entering Clerk Officer: | Holley, Karen  (225) | 08/26/2021 16:30:00 |
|---|---|---|

Electronically Filed - City of St. Louis - August 27, 2021 - 11:01 AM

# St. Charles County Sheriff's Department

201 N. Second St St. Charles, MO 63301

636-949-3010

Civil #: SD-SER-21-10824

| Final Disposition Officer: | Hollander, Kyle  (122) | 08/27/2021 10:25:00 |
|---|---|---|
| Final Disposition Signature: | | |

## Disposition History (3)

| NonEst | 08/27/2021 10:58 | NON-EST (WRONG/BAD ADDRESS) 8/27/21 |
|---|---|---|
| Served | 08/27/2021 10:25 | Auto Dispositioned |
| Active | 08/26/2021 16:30 | Dispositioned to Default Setting |

## Service History (1)

**Returned**

| | |
|---|---|
| **Date:** | 08/27/2021 10:24 |
| **Service Type:** | Wrong/Bad Address |
| **Related To:** | LEWIS, PETER : Defendant |
| **Officer:** | Hollander, Kyle 122 |
| **Outcome:** | |
| **Time Spent:** | 00:00 |
| **Mileage:** | 0 |
| **Comments:** | COULD NOT LOCATE 6 COUNTRY LAKE ADDRESS GOES FROM 1 TO 3 THEN TO 500S |
| **Agency:** | St. Charles County Sheriff's Department |
| **Beat:** | |
| **Address:** | 6 COUNTRY LAKE CT |
| **City:** | ST PETERS |
| **State:** | MISSOURI |
| **Zip:** | 63376 |

Electronically Filed - City of St. Louis - August 31, 2021 - 04:13 PM

8-30-21 1727 PS

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 |
|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO  63130 |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD |
| Nature of Suit:<br>CC Other Extraordinary Remedy | SAINT LOUIS, MO  63101 |
|  | (Date File Stamp) |

SB 9-17

### Summons in Civil Case

The State of Missouri to:  ERNEST GARRETT JR

**Alias:**

35 CLUB GROUNDS NORTH DRIVE
FLORISSANT, MO  63033

(02) WHITT
W

**COURT SEAL OF**

**CIRCUIT COURT OF MISSOURI**

**CITY OF ST LOUIS**

| **ST LOUIS COUNTY SHERIFF** |
|---|

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**

_____          _Thomas Kloeppinger_
Date                                               Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☒ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at  35 CLUB GROUNDS NORTH  (address)

in  ST LOUIS  (County/City of St. Louis), MO, on  8-30-21  (date) at  1727  (time).

_Tom White_                          _Tom White_
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____
                        Date                                     Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

21-SMCC - 7600          8-25-21

OSCA (06-18) SM30 (SMCC) *For Court Use Only: Document Id # 21-SMCC-12617*   1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05,
                                                                                                              54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

*8-30-21 1816 LC NEPHEW*

*SB 9-17*

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

Electronically Filed - City of St. Louis - August 31, 2021 - 04:12 PM

| Judge or Division: | Case Number: 2122-CC09063 |
|---|---|
| JOAN L MORIARTY | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| RICHARD WHITE | BRANDON JACOB KLAR |
| | 375 ALTA DENA COURT |
| vs. | UNIVERSITY CITY, MO 63130 |
| Defendant/Respondent: | Court Address: |
| ERNEST GARRETT JR | CIVIL COURTS BUILDING |
| Nature of Suit: | 10 N TUCKER BLVD |
| CC Other Extraordinary Remedy | SAINT LOUIS, MO 63101 |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: LAMAR BREW
**Alias:**

3965 NARA DRIVE
FLORISSANT, MO 63033

04 WHITT VW

**ST LOUIS COUNTY SHERIFF**

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**

_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☑ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _LC NEPHEW_, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to _____ (name) _____ (title).

☐ other: _____

Served at _3965 NARA DR_ (address)

in _ST LOUIS_ (County/City of St. Louis), MO, on _8-30-21_ (date) at _1816_ (time).

_Tom White_
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

_21-SMCC-7615_

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # **21-SMCC-12622**     1 of 1

Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - August 31, 2021 - 04:05 PM

**IN THE CIRCUIT COURT FOR THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| RICHARD WHITE; and | ) | |
| SHERMAN HAWTHORNE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.:     2122-CC09063 |
| v. | ) | |
| | ) | |
| RISING STAR M. B. CHURCH; | ) | |
| | ) | |
| ERNEST GARRETT JR.; | ) | |
| | ) | |
| CHARLES HALEY; | ) | |
| | ) | |
| DAVID L. WHITE | ) | |
| | ) | |
| ALPHONSO IVY | ) | |
| | ) | |
| LEHMAN A. TURNER, JR. | ) | |
| | ) | |
| DAVID LONG | ) | |
| | ) | |
| LAMAR E. BREW | ) | |
| | ) | |
| GEORGE ROBINSON; and | ) | |
| | ) | |
| PETER LEWIS | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR ALIAS SUMMONS TO ISSUE

COME NOW Plaintiffs, RICHARD WHITE and SHERMAN HAWTHORNE, by and through their undersigned counsel, and requests an ALIAS SUMMONS to issue for service of the summons and Plaintiffs' Petition in this matter upon defendant, PETER LEWIS, as follows:

Peter Lewis
607 Country Lake Drive
St. Peters, MO 63376

Dated this 31st day of August, 2021.

Electronically Filed - City of St. Louis - August 31, 2021 - 04:05 PM

Respectfully Submitted,

Klar, Izsak & Stenger, LLC

By:   /s/ Brian D. Klar
        BRIAN D. KLAR #36430
        BRANDON J. KLAR #72884
        *Attorneys for Plaintiffs*
        1505 S. Big Bend Blvd.
        St. Louis, MO  63117
        Tel:    (314) 863-1117
        Fax:   (314) 863-1118
        Email: bklar@lawsaintlouis.com
                bjklar@lawsaintlouis.com

Electronically Filed - City of St. Louis - September 01, 2021 - 09:14 AM

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

8/27/21   3:41pm

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 |
|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD |
| Nature of Suit:<br>CC Other Extraordinary Remedy | SAINT LOUIS, MO 63101 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: ALPHONSO IVY
Alias:

11707 VIZCUYA CT.
FLORISSANT, MO 63033

03
CLYND
W

**ST LOUIS COUNTY SHERIFF**

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**

_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☑ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ALISHA - DAUGHTER, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____

Served at   11707 VIZCUYA COURT   (address)

in   ST. LOUIS   (County/City of St. Louis), MO, on   8/27/21   (date) at   3:41 pm   (time).

DAN CLYNE
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

21-SMCC-7601

Electronically Filed - City of St. Louis - September 01, 2021 - 09:23 AM

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

SB
9-17

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 | |
| Defendant/Respondent:<br>ERNEST GARRETT JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Extraordinary Remedy | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: GEORGE ROBINSON

71 GREENDALE DRIVE
NORMANDY, MO 63121

Alias:
14 WEISR

ST LOUIS COUNTY SHERIFF

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 18, 2021**

_____
Date

_Thomas Kloeppinger_
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☒ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to _____ (name) _____ (title).

☐ other: _____

Served at 71 GREENDALE DR. 63121 (address)

in STL (County/City of St. Louis), MO, on 8/27/21 (date) at 07:37 (time).

R.G. WEISER
Printed Name of Sheriff or Server

_signature_
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
Date _____
Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) | |
| **Total** | $ _____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

21-SMCC-7590

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id #** 21-SMCC-12623     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - September 14, 2021 - 01:25 PM

**IN THE CIRCUIT COURT FOR THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| RICHARD WHITE; and<br>SHERMAN HAWTHORNE | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| RISING STAR M. B. CHURCH; | )<br>) |
| ERNEST GARRETT JR.; | )<br>) |
| CHARLES HALEY; | )<br>) |
| DAVID L. WHITE | )<br>) |
| ALPHONSO IVY | )<br>) |
| LEHMAN A. TURNER, JR. | )<br>) |
| DAVID LONG | )<br>) |
| LAMAR E. BREW | )<br>) |
| GEORGE ROBINSON; and | )<br>) |
| PETER LEWIS | )<br>) |
| Defendants. | ) |

Case No.:      2122-CC09063

**REQUEST FOR ALIAS SUMMONS TO ISSUE**

COME NOW Plaintiffs, RICHARD WHITE and SHERMAN HAWTHORNE, by and through their undersigned counsel, and requests an ALIAS SUMMONS to issue for service of the summons and Plaintiffs' Petition in this matter upon defendant, DAVID LONG, as follows:

David Long
543 S.Douglas Ave.
Belleville, IL 62220

Dated this 14th day of September, 2021.

Electronically Filed - City of St. Louis - September 14, 2021 - 01:25 PM

Respectfully Submitted,

Klar, Izsak & Stenger, LLC


By:  ___/s/ Brian D. Klar_____
        BRIAN D. KLAR #36430
        BRANDON J. KLAR #72884
        *Attorneys for Plaintiffs*
        1505 S. Big Bend Blvd.
        St. Louis, MO  63117
        Tel:   (314) 863-1117
        Fax:  (314) 863-1118
        Email: bklar@lawsaintlouis.com
               bjklar@lawsaintlouis.com

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS

Richard Watson
Sheriff

JAIL MANANGEMENT INFORMATION SYSTEM
As of Thursday September 02, 2021 at 8:55 am

# AFFIDAVIT OF SERVICE

Sheriff's Number: IC2102678

Case Number: 2122-CC09063

Filed Date: Unknown

Received Date: 09/02/2021

Defendant: DAVID LONG
Address: 543 SOUTH DOUGLAS AVENUE
BELLEVILLE, ILLINOIS 62220

Plaintiff:

**FILED**

SEP 16 2021

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE

BY _____ DEPUTY

SUMMONS WAS SERVED

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1.   PERSONAL SERVICE: By leaving a copy of the summons and complaint with the named defendant personally.

___ 2.   SUBSTITUTE SERVICE: By leaving a copy of the summons and complaint at the defendant"s usual abode with some person of the family, of the age of 13 years and upwards, and informing that person of the contents thereof. Also, a copy of the summons was mailed on the _____ day of _____, 20____, in a sealed envelope with postage prepaid, addressed to the defendant at his or her usual place of abode.

_____ Said Party Refused Name:

___ 3.   SERVICE ON: CORPORATION:___ COMPANY: ___ BUSINESS: ___ PARTNERSHIP: ___
By leaving a copy of the summons and complaint (or interrogatories) with the registered agent, authorized person or partner of the defendant.

**ENTERED**

SEP 16 2021

_____ Writ Served On: _____   Sex: _____ Race: _____

Richard Watson, Sheriff, By: _____, Deputy.   Date of Service _____

**PAC**

---

## THE NAMED DEFENDANT WAS NOT SERVED

Circle Reason: Moved, No Contact, Empty Lot, Wrong Address, No Such Address, Employer Refusal, Returned By Attorney, Deceased, Building Demolished, No Registered Agent, Other Listed Below.

Other Reason Not Served

| Attempted Service | |
|---|---|
| Date | Time |
| 9-3-21 | 7:19 (A.M.)/P.M |
| 9-7-21 | 6:36 (A.M.)/P.M |
| 9-8-21 | 7:00 (A.M.)/P.M |
| 9-9-21 | 5:51 (A.M.)/P.M |
| 9-9-21 | 12:40 A.M./(P.M) |
| 9-10-21 | 5:18 (A.M.)/P.M |

X SERVICE CANNOT BE OBTAINED THIS _10_ DAY OF _Sep_ 20_21_, _5:18_ A.M./P.M.

Richard Watson , Sheriff, By: _____ # 396 _____, Deputy.

726756

 **IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>JOAN L MORIARTY | Case Number: 2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>BRANDON JACOB KLAR<br>375 ALTA DENA COURT<br>UNIVERSITY CITY, MO 63130 | |
| Defendant/Respondent:<br>ERNEST GARRETT  JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Other Extraordinary Remedy | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| | |
|---|---|
| The State of Missouri to: **DAVID LONG**<br>Alias:<br><br>**543 S. DOUGLAS AVENUE**<br>**BELLEVILLE, IL 62220**<br><br>***COURT SEAL OF***<br><br>***CITY OF ST LOUIS*** | **ST CLAIR COUNTY, IL**<br><br>You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.<br>**August 18, 2021** |

_____          _Thomas Kloeppinger_____
            Date                                        Clerk

Further Information: _____

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____
   _____.
   Served at _____ (address)
   in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| Total | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - September 14, 2021 - 01:25 PM

**IN THE CIRCUIT COURT FOR THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

FILED

SEP 2 1 2021

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

ENTERED

SEP 2 1 2021

CS

| | |
|---|---|
| RICHARD WHITE; and | ) |
| SHERMAN HAWTHORNE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RISING STAR M. B. CHURCH; | ) |
| | ) |
| ERNEST GARRETT JR.; | ) |
| | ) |
| CHARLES HALEY; | ) |
| | ) |
| DAVID L. WHITE | ) |
| | ) |
| ALPHONSO IVY | ) |
| | ) |
| LEHMAN A. TURNER, JR. | ) |
| | ) |
| DAVID LONG | ) |
| | ) |
| LAMAR E. BREW | ) |
| | ) |
| GEORGE ROBINSON; and | ) |
| | ) |
| PETER LEWIS | ) |
| | ) |
| Defendants. | ) |

Case No.:     2122-CC09063

## REQUEST FOR ALIAS SUMMONS TO ISSUE

COME NOW Plaintiffs, RICHARD WHITE and SHERMAN HAWTHORNE, by and

through their undersigned counsel, and requests an ALIAS SUMMONS to issue for service of

the summons and Plaintiffs' Petition in this matter upon defendant, DAVID LONG, as follows:

David Long
543 S.Douglas Ave.
Belleville, IL 62220

Dated this 14th day of September, 2021.

**SO ORDERED**
BY _____
JUDGE 9-21-2021

Page 1 of 2

Electronically Filed - City of St. Louis - September 14, 2021 - 01:25 PM

Respectfully Submitted,

Klar, Izsak & Stenger, LLC

By:____/s/ Brian D. Klar_____
        BRIAN D. KLAR #36430
        BRANDON J. KLAR #72884
        *Attorneys for Plaintiffs*
        1505 S. Big Bend Blvd.
        St. Louis, MO  63117
        Tel:   (314) 863-1117
        Fax:  (314) 863-1118
        Email: bklar@lawsaintlouis.com
               bjklar@lawsaintlouis.com



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOAN L MORIARTY | Case Number:  2122-CC09063 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RICHARD WHITE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>BRANDON JACOB KLAR<br>1505 SOUTH BIG BEND BLVD<br>ST LOUIS, MO  63117 | |
| Defendant/Respondent:<br>ERNEST GARRETT  JR | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Other Extraordinary Remedy | | |

## ALIAS Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **DAVID LONG**
**Alias:**

**543 S. DOUGLAS AVENUE
BELLEVILLE, IL  62220**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**September 23, 2021**
_____
Date
Further Information:

_____
Thomas Kloeppinger
Clerk

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)

☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

 

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess  Logoff ANDREW_KASNETZ

## 2122-CC09063 - RICHARD WHITE ET AL V RISING STAR M B CHURCH ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries ▾

---

**09/23/2021** ☐ **Alias Summons Issued**
Document ID: 21-SMOS-2675, for LONG, DAVID.

**09/21/2021** ☐ **Alias Summons Requested**
Request for alias summons to issue. (see order for details). SO ORDERED: JUDGE JOAN J. MORIARTY, 33057.

**09/16/2021** ☐ **Summons Returned Non-Est**
Document ID - 21-SMOS-2361; Served To - LONG, DAVID; Server - ; Served Date - 10-SEP-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Non-est

**09/14/2021** ☐ **Alias Summons Requested**
Request for Alias Summons to Issue; Electronic Filing Certificate of Service.
    **Filed By:** BRANDON JACOB KLAR
    **On Behalf Of:** RICHARD WHITE, SHERMAN HAWTHORNE

**09/13/2021** ☐ **Alias Summons Issued**
Document ID: 21-SMCC-13035, for LEWIS, PETER.

**09/01/2021** ☐ **Summons Personally Served**
Document ID - 21-SMCC-12623; Served To - ROBINSON, GEORGE; Server - ; Served Date - 27-AUG-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Family Member/Roommate Served**
Document ID - 21-SMCC-12620; Served To - IVY, ALPHONSO; Server - ; Served Date - 27-AUG-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Notice of Service**
21-SMCC-12623; Electronic Filing Certificate of Service.

☐ **Notice of Service**
21-SMCC-12620; Electronic Filing Certificate of Service.

**08/31/2021** ☐ **Notice of Service**
21-SMCC-12617; Electronic Filing Certificate of Service.

☐ **Notice of Service**
21-SMCC-12622; Electronic Filing Certificate of Service.

☐ **Alias Summons Requested**
Request for Alias Summons to Issue; Electronic Filing Certificate of Service.
    **Filed By:** BRANDON JACOB KLAR

**On Behalf Of:** RICHARD WHITE, SHERMAN HAWTHORNE

☐ **Summons Personally Served**

Document ID - 21-SMCC-12617; Served To - GARRETT, ERNEST; Server - ; Served Date - 30-AUG-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Family Member/Roommate Served**

Document ID - 21-SMCC-12622; Served To - BREW, LAMAR; Server - ; Served Date - 30-AUG-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

08/27/2021 ☐ **Note to Clerk eFiling**

☐ **Notice of Service**

21-SMCC-12624; Electronic Filing Certificate of Service.

☐ **Summons Returned Non-Est**

Document ID - 21-SMCC-12624; Served To - LEWIS, PETER; Server - ; Served Date - 27-AUG-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Non-est

08/18/2021 ☐ **Memorandum Filed**

Memorandum to the Court for Payment of Service Fee; Electronic Filing Certificate of Service.

**Filed By:** BRANDON JACOB KLAR
**On Behalf Of:** RICHARD WHITE, SHERMAN HAWTHORNE

☐ **Judge/Clerk - Note**

PLEASE FILE ADDITIONAL $72.00 DOLLARS FOR DEFENDANT DAVID L WHITE AND DEFENDANT LEHMAN A TURNER JR TO BE SERVED BY ST LOUIS CITY SHERIFF'S DEPARTMENT

☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** BRIAN DAVID KLAR
**On Behalf Of:** RICHARD WHITE

☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** BRIAN DAVID KLAR
**On Behalf Of:** SHERMAN HAWTHORNE

☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 21-SMOS-2361, for LONG, DAVID.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-12624, for LEWIS, PETER.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-12623, for ROBINSON, GEORGE.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-12622, for BREW, LAMAR.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-12621, for TURNER, LEHMAN A.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-12620, for IVY, ALPHONSO.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-12619, for WHITE, DAVID L.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-12618, for HALEY, CHARLES.

**Summons Issued-Circuit**
Document ID: 21-SMCC-12617, for GARRETT, ERNEST.

**Summons Issued-Circuit**
Document ID: 21-SMCC-12616, for RISING STAR M B CHURCH.

08/17/2021   **Filing Info Sheet eFiling**
    **Filed By:** BRANDON JACOB KLAR

**Pet Filed in Circuit Ct**
Petition; Exhibit A.
    **Filed By:** BRANDON JACOB KLAR
    **On Behalf Of:** RICHARD WHITE, SHERMAN HAWTHORNE

    **Judge Assigned**

Privacy · Terms