UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RICHARD WHITE, et al.,                )
                                      )
            Plaintiffs,               )
                                      )
      v.                              )          Case No. 4:21-CV-01161 AGF
                                      )
RISING STAR M.B. CHURCH, et al.,      )
                                      )
                                      )
                                      )
            Defendants.               )

## **ORDER**

This matter is before the Court upon Defendants' Motion to Dismiss.  (Doc. No.

7).  Defendants filed their motion to dismiss on October 4, 2021.  Plaintiffs have not filed

a response and the time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall show cause why Defendants'

Motion to Dismiss should not be granted by **October 27, 2021**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of October 2021.